Jernard Elliott RICE, Petitioner–
Appellant,

v.

M. PETTIFORD, Warden Bennettsville
Federal Correctional Institution FCI
Bennettsville, Respondent–Appellee.

No. 06–6484.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 27, 2007.

Decided: May 9, 2007.

Jernard Elliott Rice, Appellant Pro Se.

Before WILLIAMS, KING, and
GREGORY, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Jernard Elliott Rice, a federal prisoner,
appeals the district court's order accepting
the recommendation of the magistrate
judge and denying relief on his 28 U.S.C.
§ 2241 (2000) petition. We have reviewed
the record and find no reversible error.
Accordingly, we affirm for the reasons
stated by the district court. *Rice v. Petti-
ford,* No. 4:05–cv–03356–GRA (D.S.C. Jan.
19, 2006). We dispense with oral argu-
ment because the facts and legal conten-
tions are adequately presented in the ma-
terials before the court and argument
would not aid the decisional process.

*AFFIRMED.*